UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALAN E. FISCHER III,

      Plaintiff,

v.                                      Case No.: 8:23-cv-1610-SDM-SPF

CITY OF TAMPA,
AND
OFFICER WILLIAM WAGNER-HART,
OFFICER SERGIO SANCHEZ,
OFFICER HECTOR ZURITA,
OFFICER BRIAN TRACY,
OFFICER WILLIAM ROSE,
AND
CHIEF BRIAN DUGAN,
MAJOR CALVIN JOHNSON,

      Defendants,

_____ /

**APPEARANCE OF COUNSEL**
**FOR PLAINTIFF ALAN E. FISCHER III**

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for:

        Plaintiff, Alan E. Fischer, III

Date: March 20, 2025

                                *s/Austin Carr, Esq.*
                                Stephen Edward Austin Carr
                                Fla. Bar No: 440833
                                AUSTIN CARR, P.A.
                                6314 Engram Road
                                New Smyrna Beach, FL 32169
                                austin@austincarrlaw.com
                                Telephone (786) 282-2882

1